

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD CARTER, et ux | CIVIL ACTION NO. 10-875 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| VOLVO TRUCKS, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiffs' motion to remand, doc. #05, be GRANTED and that this case be remanded to the 8th Judicial District Court, Parish of Winn.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 5 day of January, 2011.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**